**Thomas Bertram DIXSON, petitioner,
v. Andrea A. RUFF, Trustee.
No. 97–542.**

Supreme Court of the United States.

Dec. 1, 1997.

Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

■

**FIGTER LIMITED, petitioner, v. TEACH-ERS INSURANCE AND ANNUITY AS-SOCIATION OF AMERICA.
No. 97–546.**

Supreme Court of the United States.

Dec. 1, 1997.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.